1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOSE GALLIMORT,

Plaintiff,

v.

J. FALISZEK, et al.,

Defendants.

Case No.   2:18-cv-01052-GMN-NJK

ORDER

## I.    DISCUSSION

On June 8, 2018, Plaintiff, a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*.  (ECF Nos. 1, 1-1).  On June 12, 2018, this Court issued an order denying the application as incomplete and directed Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee within 30 days from the date of that order.  (ECF No. 3).  Plaintiff subsequently filed an application to proceed *in forma pauperis* and an inmate account statement.  (ECF No. 4).  Plaintiff did not file a properly executed financial certificate, i.e., page 4 of the application.  As such, this application is also incomplete.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  Plaintiff has not submitted a properly executed financial certificate.  (*See* ECF No. 4).  The Court

1    will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter

2    of the payment of the filing fee is resolved.  Plaintiff will be granted one final opportunity

3    to cure the deficiencies of his application to proceed *in forma pauperis* by filing a properly

4    executed financial certificate or, in the alternative, pay the full filing fee for this action.  If

5    Plaintiff fails to file a properly executed financial certificate, the Court will dismiss the case

6    in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the

7    necessary documents to file a complete application to proceed *in forma pauperis*.

8    **II.    CONCLUSION**

9         For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL

10    SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner,

11    as well as the document entitled information and instructions for filing an *in forma pauperis*

12    application.

13         IT IS FURTHER ORDERED that, within **thirty (30) days** from the date of this order,

14    Plaintiff shall either: (1) file a properly executed financial certificate in compliance with 28

15    U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the

16    $350 filing fee and the $50 administrative fee).

17         IT IS FURTHER ORDERED that, if Plaintiff fails to timely file a properly executed

18    financial certificate, the Court will dismiss the case, without prejudice, for Plaintiff to file a

19    new case when he is able to acquire the necessary documents to file a complete

20    application to proceed *in forma pauperis*.

21         IT IS SO ORDERED.

22         DATED THIS 20th day of July 2018.

23

24

25    _____
      NANCY J. KOPPE
26    UNITED STATES MAGISTRATE JUDGE

27

28