UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE GALLIMORT,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>J. FALISZEK, et al.,<br><br>　　　　　　Defendants | Case No. 2:18-cv-01052-GMN-NJK<br><br>ORDER |

　　　Plaintiff has paid the full filing fee for this case. Docket No. 7. As such, the Court now denies the application to proceed *in forma pauperis*, Docket No. 4, and the motion for an extension of time to file *in forma pauperis* documents, Docket No. 6, as moot. The Court further notes that this case is in line for screening and that the Court will issue a screening order in due course.

　　　DATED: January 22, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE