# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE GALLIMORT,<br><br>                Plaintiff<br><br>v.<br><br>J. FALISZEK et al.,<br><br>                Defendants | Case No. 2:18-cv-01052-GMN-NJK<br><br>ORDER |

The Court has received mail returned as undeliverable for Plaintiff because Plaintiff has failed to file an updated address with this Court. *See* Docket No. 10. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court grants Plaintiff until **March 6, 2019**, to file his updated address with this Court. If Plaintiff does not update his current address by **March 6, 2019**, the Court will dismiss this action without prejudice.

IT IS SO ORDERED.

DATED: February 4, 2019.

                                              NANCY J. KOPPE
                                              UNITED STATES MAGISTRATE JUDGE